137 So.2d 772

**Carl R. ADAMS**

v.

**STATE.**

4 Div. 108.

Supreme Court of Alabama.

Feb. 1, 1962.

Certiorari to Court of Appeals.

Chas. L. Woods and Chas. O. Stokes, Ozark, for petitioner.

MacDonald Gallion, Atty. Gen., and Dwight W. Bradley, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Carl R. Adams for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Adams v. State, 137 So.2d 769 (4 Div. 457).

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

139 So.2d 352

**William L. ANDERSON**

v.

**STATE.**

3 Div. 998.

Supreme Court of Alabama.

March 22, 1962.

Certiorari to Court of Appeals.

William L. Anderson, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of William L. Anderson for certiorari to the Court of Appeals to review and revise the judgment and decision in Anderson v. State, 139 So.2d 352 (3 Div. 95).

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.